**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 99-10701

In The Matter Of: BILLY RAY DELP, JR

Debtor,

BILLY RAY DELP, JR,

Appellant,

VERSUS

MICHAEL HARRISON; HBF FINANCIAL LTD; 7HBF, LTD; 7HBF MANAGEMENT
COMPANY LTD; NU-WAY, INC; NU-WAY DISTRIBUTING COMPANY; NU-WAY
ENERGY CORPORATION; NU-WAY EXPLORATION INC; NU-WAY OIL CO; HDS INC;
JOHN H HARVISON; JOHN D HARVISON; RANDALL W HARVISON; KAY L PARKER;
MICHAEL G HARVISON; HOPE E HARVISON WILLIAMS; HOLLIE B HARVISON;
J D ST CLAIR,

Appellees.

Appeal from the United States District Court
For the Northern District of Texas, Fort Worth
(4:97-CV-1009)

May 15, 2000

Before JOLLY and DENNIS, Circuit Judges, and DAVID D. DOWD[*],

District Judge.

---

[*]District Judge of the Northern District of Ohio, sitting by
designation.

PER CURIAM:[**]

      AFFIRMED.  See 5th CIR. RULE 47.6.

---

[**]Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.